IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LUIS VARGAS, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.: 4:16-cv-00013-TWP-TAB |
| | ) | |
| vs. | ) | |
| | ) | |
| AISIN U.S.A. MFG., INC. | ) | |
| | ) | |
| Defendant | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties having so stipulated, the Court hereby ORDERS, ADJUDGES and DECREES that this matter is DISMISSED in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear their own costs and attorneys' fees.

Date: 3/10/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all parties of record via the Court's CM/ECF system.